UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| JENNIFER JOY and MISTY THOMAS, on behalf of themselves and all others similarly situated, <br><br> Plaintiffs, <br><br> v. <br><br> MISSOURI HIGHER EDUCATION LOAN AUTHORITY OF THE STATE OF MISSOURI d/b/a MOHELA, <br><br> Defendant. | Case No. 4:23-CV-01590-SRW |

**DEFENDANT HIGHER EDUCATION LOAN AUTHORITY
OF THE STATE OF MISSOURI'S MOTION TO DISMISS PLAINTIFFS' COMPLAINT**

COMES NOW Defendant Higher Education Loan Authority of the State of Missouri ("**MOHELA**"), pursuant to Fed. R. Civ. P. 12(b)(1) and 12(b)(6), and moves to dismiss Plaintiffs Jennifer Joy and Misty Thomas' ("**Plaintiffs**") Class Action Complaint (Dkt. 1) (the "**Complaint**"). In support of its Motion, MOHELA states:

1. On December 11, 2023, Plaintiffs filed their Complaint.

2. While the Complaint suffers from a host of substantive legal deficiencies, MOHELA's motion addresses threshold issues. Specifically, dismissal is appropriate because (i) the Eleventh Amendment bars this case because MOHELA is an arm of, part, and an instrumentality of the State of Missouri; (ii) MOHELA's sovereign immunity under Missouri law bars Plaintiffs' claims; (iii) the Higher Education Act of 1965, as amended, 20 U.S.C. § 1001 *et seq.* (the "**HEA**"), preempts Plaintiffs' state law claims; and, (iv) Plaintiffs' alternative claims fail as a matter of law and/or fail to state a claim upon which relief can be granted.

- 2 -

3.      For the foregoing reasons, and as more fully set forth in MOHELA's Memorandum in Support of its Motion to Dismiss filed contemporaneously herewith, the Complaint should be dismissed with prejudice.

WHEREFORE, Defendant Higher Education Loan Authority of the State of Missouri respectfully requests that this Court enter an order dismissing with prejudice Plaintiffs' Complaint, and grant it such additional relief as this Court deems just and proper.

    Respectfully submitted,

    THOMPSON COBURN LLP

    By:/s/ *Matthew D. Guletz*
        William R. Bay, #26977(MO)
        Jeffrey R. Fink, #44963(MO)
        Matthew D. Guletz, #57410(MO)
        One U.S. Bank Plaza, Suite 2700
        St. Louis, Missouri 63101
        (314) 552-6000 (telephone)
        (314) 552-7000 (facsimile)
        wbay@thompsoncoburn.com
        jfink@thompsoncoburn.com
        mguletz@thompsoncoburn.com

    Attorneys for Defendant MOHELA