UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| JENNIFER JOY, et al., | ) |
| Plaintiff(s), | ) |
| v. | ) No. 4:23-CV-01590-SRW |
| HIGHER EDUCATION LOAN AUTHORITY OF THE STATE OF MISSOURI, | ) |
| Defendant(s). | ) |

## ORDER

Pursuant to Local Rule 2.08, a request has been received for random reassignment of this case to a District Judge.

**IT IS HEREBY ORDERED** that the above styled cause is randomly reassigned from Magistrate Judge Stephen R. Welby to District Judge Sarah E. Pitlyk.

February 15, 2024  
Date

*Nathan M. Graves* /  
Clerk of Court

By: /s/ Jacqueline Parker /  
JACQUELINE PARKER  
Deputy Clerk

**In all future documents filed with the Court, please use the following case number: 4:23-CV-01590-SEP**