# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF MISSOURI

| | |
|---|---|
| JENNIFER JOY and MISTY THOMAS, on behalf of themselves and all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>HIGHER EDUCATION LOAN AUTHORITY OF THE STATE OF MISSOURI d/b/a MOHELA,<br><br>Defendant. | Case No.: 4:23-CV-01590-SEP<br><br>**CLASS ACTION** |

### NOTICE OF SUPPLEMENTAL AUTHORITY IN SUPPORT OF PLAINTIFFS' OPPOSITION TO DEFENDANT HIGHER EDUCATION LOAN AUTHORITY OF THE STATE OF MISSOURI'S MOTION TO DISMISS

In further support of Plaintiffs' Opposition to Defendant Higher Education Loan Authority of the State of Missouri's ("MOHELA") Motion to Dismiss (ECF No. 12), Plaintiffs submit as supplemental authority the attached November 12, 2024 opinion of the Tenth Circuit Court of Appeals in *Good v. The United States Department of Education, et al.*, No. 22-3286 (10th Cir. 2024), which reversed the district court's finding that MOHELA was entitled to Eleventh Amendment immunity and ruled that "because we conclude that it is not an arm of the State of Missouri; accordingly, it is not entitled to raise the defense of Eleventh Amendment immunity." *See* Exhibit 1, at 82.

Dated: November 20, 2024				Respectfully submitted,

					**THE SIMON LAW FIRM, P.C.**

					*/s/ Amy Collignon Gunn*
					Amy Collignon Gunn, #45016
					Anthony G. Simon, #38745
					800 Market Street, Ste. 1700
					St. Louis, MO 63101
					Phone: (314) 241-2929
					Fax: (314) 241-2029
					agunn@simonlawpc.com
					asimon@simonlawpc.com

					Joseph G. Sauder
					Matthew D. Schelkopf
					Joseph B. Kenney
					Juliette T. Mogenson
					**SAUDER SCHELKOPF LLC**
					1109 Lancaster Avenue
					Berwyn, PA 19312
					Tel: 888-711-9975
					Facsimile: 610-421-1326
					jgs@sstriallawyers.com
					mds@sstriallawyers.com
					jbk@sstriallawyers.com
					jtm@sstriallawyers.com

					*Attorneys for Plaintiffs*
					*(pro hac vice applications to be submitted)*