IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF MISSOURI

| | |
|---|---|
| SPENCER MORGAN, FRANCIS NOVAK, and ROWENA KOENIG, on behalf of themselves and all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>HIGHER EDUCATION LOAN AUTHORITY OF THE STATE OF MISSOURI d/b/a MOHELA, MIGUEL CARDONA, in his official capacity as Secretary of the United States Department of Education, and THE UNITED STATES DEPARTMENT OF EDUCATION,<br><br>Defendants. | Case No. 4:24-cv-00147-CDP |

**THE UNITED STATES DEPARTMENT OF EDUCATION AND SECRETARY MIGUEL CARDONA'S MOTION TO DISMISS PLAINTIFFS' COMPLAINT**

The United States Department of Education and its Secretary Miguel Cardona in his official capacity (collectively, "the Department") move to dismiss Plaintiffs' complaint pursuant to Federal Rule of Civil Procedure 12(b)(1), (3), and (6).  As explained in further detail in the accompanying Memorandum of Law, Plaintiffs' single claim against the Department fails for three reasons.

First, the Department moves to dismiss for lack of venue pursuant to Rule 12(b)(3).  Under 28 U.S.C. § 1402, Plaintiffs are required to file suit in the judicial district where they reside, but none reside this district.

Second, the Department moves to dismiss for lack of subject-matter jurisdiction pursuant to Rule 12(b)(1).  Subject-matter jurisdiction is lacking for two reasons.  To start, Plaintiffs lack standing under Article III because they fail to allege a cognizable harm.  Additionally, Plaintiffs'

allegations do not establish that jurisdiction is proper under 28 U.S.C. § 1346(a)(2), for they fail to plead that their individual claims are for less than $10,000.

Third, the Department moves to dismiss for failure to state a claim pursuant to Rule 12(b)(6). Plaintiffs fail to state a breach of contract claim, for they do not identify any contractual duty allegedly breached by the Department.

For these reasons and those contained in the accompanying Memorandum of Law, the Department respectfully requests that the Court dismiss Plaintiffs' complaint as to the Department.

Respectfully submitted,

Brian M. Boynton
Principal Deputy Assistant Attorney General
Civil Division

Sayler A. Fleming
United States Attorney

Kirk T. Manhardt
Director
Commercial Litigation Branch

Terrance A. Mebane
Assistant Director

Joshua M. Jones
Assistant United States Attorney

/s/ *Katherine E. Canning*
Katherine E. Canning, 198696(DC)
United States Department of Justice
Civil Division, Commercial Litigation Branch
1100 L Street NW
Washington, DC 20005
Telephone: (202) 307-4638
Facsimile: (202) 353-0461
Katherine.Canning@usdoj.gov

*Counsel for Defendants the United States Department of Education and Miguel Cardona, in his official capacity as United States Secretary of Education*