UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | | |
|---|---|---|
| JENNIFER JOY and MISTY THOMAS, on behalf of themselves and all others similarly situated, | ) ) ) ) | |
| Plaintiffs, | ) ) ) | |
| v. | ) ) | Case No. 4:23-CV-01590-ZMB |
| MISSOURI HIGHER EDUCATION LOAN AUTHORITY OF THE STATE OF MISSOURI d/b/a MOHELA, | ) ) ) ) ) | |
| Defendant. | ) | |
| ----------------------------------------------------------- | ) | |
| SPENCER MORGAN, FRANCIS NOVAK, and ROWENA KOENIG, on behalf of themselves and all others similarly situated, | ) ) ) ) | |
| Plaintiffs, | ) ) ) | |
| v. | ) ) | Case No. 4:24-CV-00147-ZMB |
| MISSOURI HIGHER EDUCATION LOAN AUTHORITY OF THE STATE OF MISSOURI d/b/a MOHELA, MIGUEL CARDONA, in his official capacity as Secretary of the United States Department of Education, and the UNITED STATES DEPARTMENT OF EDUCATION, | ) ) ) ) ) ) ) ) ) | |
| Defendants, | ) | |

**MOHELA'S NOTICE OF SUPPLEMENTAL AUTHORITY**

In further support of Defendant Higher Education Loan Authority of the State of Missouri's ("**MOHELA**") Motions to Dismiss in these consolidated cases (ECF Nos. 12, 13, 33, and 34), MOHELA submits as supplemental authority the attached September 4, 2025 Memorandum Opinion and Order of the United States District Court for the Northern District of

Illinois. *See Mermigas v. The Higher Education Loan Authority of the State of Missouri*, No. 24-CV-11505, 2025 WL 2576745 (N.D. Ill. Sept. 4, 2025) (**Exhibit 1**).

In *Mermigas*, the Northern District of Illinois dismissed alternative claims—unjust enrichment and negligent misrepresentation—against MOHELA, a Missouri public entity, on the grounds that MOHELA is immune from such claims under RSMo. § 537.600. *Id.* at *3-5. This decision persuasively supports MOHELA's arguments for dismissal of certain of Plaintiffs' alternative claims. *See, e.g.,* ECF No. 13, at 7-10, ECF No. 34, at 8-11. The *Mermigas* decision aligns with this Court's previous decision in *Dykes v. Missouri Higher Educ. Loan Auth.*, No. 4:21-CV-00083-RWS, 2021 WL 3206691, at *5-6 (E.D. Mo. July 29, 2021), which the parties have already briefed.

Dated: September 19, 2025

Respectfully submitted,

THOMPSON COBURN LLP

By: */s/ Matthew D. Guletz*
William R. Bay, #26977(MO)
Jeffrey R. Fink, #44963(MO)
Matthew D. Guletz, #57410(MO)
One U.S. Bank Plaza, Suite 2700
St. Louis, Missouri 63101
(314) 552-6000 (telephone)
(314) 552-7000 (facsimile)
wbay@thompsoncoburn.com
jfink@thompsoncoburn.com
mguletz@thompsoncoburn.com

Attorneys for Defendant MOHELA