


UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| JENNIFER JOY and MISTY THOMAS, on behalf of themselves and all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>MISSOURI HIGHER EDUCATION LOAN AUTHORITY OF THE STATE OF MISSOURI d/b/a MOHELA,<br><br>Defendant. | Case No. 4:23-CV-01590-ZMB |
| SPENCER MORGAN, FRANCIS NOVAK, and ROWENA KOENIG, on behalf of themselves and all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>MISSOURI HIGHER EDUCATION LOAN AUTHORITY OF THE STATE OF MISSOURI d/b/a MOHELA, MIGUEL CARDONA, in his official capacity as Secretary of the United States Department of Education, and the UNITED STATES DEPARTMENT OF EDUCATION,<br><br>Defendants, | Case No. 4:24-CV-00147-ZMB |

**MOHELA'S NOTICE OF SUPPLEMENTAL AUTHORITY**

In further support of Defendant Higher Education Loan Authority of the State of Missouri's ("**MOHELA**") Motions to Dismiss in these consolidated cases (ECF Nos. 12, 13, 33, and 34), MOHELA submits as supplemental authority the attached July 9, 2024 decision from the Supreme Court of Missouri. *See Ramirez v. Missouri Prosecuting Attorneys'*, 694 S.W.3d 432

(Mo. 2024) (**Exhibit 1**). *Ramirez* was decided after the briefing concluded on MOHELA's Motions to Dismiss.

In *Ramirez*, the Supreme Court of Missouri addressed the plaintiff's claim for unjust enrichment against the Missouri Director of Revenue and the Treasurer of the State of Missouri arising out of their alleged transfer of court costs paid by the plaintiff, as part of a guilty plea, to certain funds as authorized by Missouri statute. 434 S.W.3d at 434-35. Exercising its exclusive appellate jurisdiction over the plaintiff's challenge to the constitutionality of the statutes authorizing the surcharges, the Supreme Court of Missouri affirmed the circuit court's summary judgment order concluding that the defendants were entitled to sovereign immunity. The Supreme Court of Missouri noted that "[s]overeign immunity applies to non-tort claims, such as [the plaintiff's] claim for unjust enrichment[.]" *Id.* at 436. The *Ramirez* decision persuasively supports MOHELA's arguments for dismissal of Plaintiffs' unjust enrichment claims.

Dated: September 19, 2025

Respectfully submitted,

THOMPSON COBURN LLP

By: */s/ Matthew D. Guletz*
William R. Bay, #26977(MO)
Jeffrey R. Fink, #44963(MO)
Matthew D. Guletz, #57410(MO)
One U.S. Bank Plaza, Suite 2700
St. Louis, Missouri 63101
(314) 552-6000 (telephone)
(314) 552-7000 (facsimile)
wbay@thompsoncoburn.com
jfink@thompsoncoburn.com
mguletz@thompsoncoburn.com

Attorneys for Defendant MOHELA